**FRANKLIN G. SOTO, ESQ.**
BASTARRIKA, SOTO, GONZALEZ & SOMOHANO L.L.P.
434 21st Avenue
Paterson, New Jersey 07513
Tel. 973-977-9919
Facsimile: 973-977-2021
Attorneys for Debtor

| | |
|---|---|
| In Re. : | **UNITED STATES BANKRUPTCY COURT** |
| : | STATE OF NEW JERSEY |
| TONYELLE THOMPSON : | DISTRICT OF NEWARK |
| Debtor : | |
| : | CASE NO.: **10-36765** |
| : | |
| : | NOTICE OF OBJECTION TO |
| : | DISCHARGE |

**FRANKLIN G. SOTO, ESQ**. on behalf of **DONNELL S. JOYCE,** Creditor, has filed papers with the court objecting to the discharge.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court, or if you want the court to consider your views on the [objection], then on or before (date), you or your attorney must:

CREDITOR, DONNELL S. JOYCE IS OBJECTING TO DISCHARGE.

{Address of the bankruptcy clerk's office} 50 WALNUT ST. NEWARK, NJ.

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:

**Joan S. Lavery**

**Lavery & Sirkis**

**683 Washington St  Unit D**

**Hackettstown, NJ 07840**

Attend the hearing scheduled to be held on we (date),  (year) , at a.m./p.m. in Court room, United States Bankruptcy Court, {address}.If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  December 27, 2010

*/s/ Franklin G. Soto, Esq.,*
**Franklin G. Soto, Esq.,**
Bastarrika, Soto, Gonzalez & Somohano LLP.